AO 199A (Rev. 3/87) Order Setting Conditions of Release                                    Page 1 of ___3___ Pages



# United States District Court

## Eastern _____ DISTRICT OF _____ California

FILED
DEC 1 3 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

UNITED STATES OF AMERICA

V.

Ignacio Lopez Mederos
Defendant

## ORDER SETTING CONDITIONS OF RELEASE

Case Number: 1: 06 CR 00403 AWI

IT IS ORDERED that the release of the defendant is subject to the following conditions:

(1) The defendant shall not commit any offense in violation of federal, state or local law while on release in this case.

(2) The defendant shall immediately advise the court, defense counsel and the U.S. attorney in writing of any change in address and telephone number.

(3) The defendant shall appear at all proceedings as required and shall surrender for service of any sentence imposed as directed. The defendant shall next appear at (if blank, to be notified) US District Court 2500 Tulare Fresno CA on 1-22-07 at 9:00 Am

Place

Date and Time

Judge Ishii

## Release on Personal Recognizance or Unsecured Bond

IT IS FURTHER ORDERED that the defendant be released provided that:

( ✓ ) (4) The defendant promises to appear at all proceedings as required and to surrender for service of any sentence imposed.

( ) (5) The defendant executes an unsecured bond binding the defendant to pay the United States the sum of

_____ dollars ($_____)
in the event of a failure to appear as required or to surrender as directed for service of any sentence imposed.

WHITE COPY - COURT        YELLOW - DEFENDANT        BLUE - U.S. ATTORNEY        PINK - U.S. MARSHAL        GREEN - PRETRIAL SERVICES

PRINTED ON RECYCLED PAPER

NEDEROS, Ignacio                    ADDITIONAL CONDITIONS OF RELEASE
06-0403 AWI

Upon finding that release by one of the above methods will not by itself reasonably assure the appearance of the defendant and the safety of other persons and the community, it is FURTHER ORDERED that the release of the defendant is subject to the conditions marked below:

(X)     (6)     The defendant is placed in the custody of:

Name of person or organization **Maria Soto**

who agrees (a) to supervise the defendant in accordance with all conditions of release,
(b) to use every effort to assure the appearance of the defendant at all scheduled court proceedings, and (c) to notify the court immediately in the event the defendant violates any conditions of release or disappears.

SIGNED: _____
                    **CUSTODIAN OR PROXY**

(X)     (7)     The defendant shall:
( )     (a)     maintain or actively seek employment, and provide proof thereof to the PSO upon request.
( )     (b)     maintain or commence an educational program.
(X)     (c)     abide by the following restrictions on his personal associations, place of abode, or travel:
                Reside at a residence approved by Pretrial Services, and not move or be absent from this residence without prior approval of PSO; travel restricted to the Eastern District of California, unless otherwise approved in advance by PSO.
( )     (d)     avoid all contact with the following named persons, who are considered either alleged victims or potential witnesses:
                , unless in the presence of counsel or otherwise approved in advance by the PSO.
(X)     (e)     report on a regular basis to the following agency:
                Pretrial Services and comply with their rules and regulations.
( )     (f)     comply with the following curfew:
(X)     (g)     refrain from possessing a firearm, destructive device, or other dangerous weapon.
(X)     (h)     not view or possess child pornography as defined by 18 USC 2256(8), except in the presence of your attorney to prepare for your defense.
(X)     (i)     not access the Internet and you shall provide proof of the disconnection or termination of this service as required by the Pretrial Services Officer.
(X)     (j)     execute a bond or an agreement to forfeit upon failing to appear or failure to abide by any of the conditions of release, the following sum of money or designated property: $50,000 unsecured bond signed by Maria Soto, to be replaced by a total equity property bond (not less than $40,000), secured by equity in property owned by Ignacio Lopez Mederos and Maria Soto, to be posted by January 3, 2007.
(X)     (k)     not use or possess a computer in your residence or at any other location unless otherwise approved by the Pretrial Services Officer.
(X)     (l)     not loiter or be found within 100 feet of any school yard, park, playground, arcade or other place primarily used by children under the age of 18.
(X)     (m)     not associate or have verbal, written, telephonic or electronic communication with any person who is under the age of 18, except in the presence of another adult who is the parent or legal guardian of the minor, with the exception of your own children.
(X)     (n)     not be employed or participate in any volunteer activities in which there is the likelihood of contact with children under the age of 18.
(X)     (o)     not use any device offering Internet access as a means of accessing any material that relates to the criminal activity charged in the pending allegations.
(X)     (p)     report in person to the Pretrial Services Agency on the first working day following your release from custody.
(X)     (q)     surrender any current or expired passport to the Clerk of the U. S. District Court.
( )     (r)     report any prescriptions to PSO within 48 hours of receipt.
(X)     (s)     participate in the curfew component of the home confinement program and abide by all the requirements of the program which will include electronic monitoring or other location verification system at your own expense. You are restricted to your residence every day from 9:00 p.m., to 6:00 a.m., or as otherwise approved in advance by the Pretrial Services Officer.

(Copies to: Defendant, US Attorney, US Marshal, Pretrial Services)

AO 199C (Rev. 4/96) Advice of Penalties...                                                                                              Page _____ of _____ Pages

## Advice of Penalties and Sanctions

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

A violation of any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of release, an order of detention, and a prosecution for contempt of court and could result in a term of imprisonment, a fine, or both.

The commission of a Federal offense while on pretrial release will result in an additional sentence of a term of imprisonment of not more than ten years, if the offense is a felony; or a term of imprisonment of not more than one year, if the offense is a misdemeanor. This sentence shall be in addition to any other sentence.

Federal law makes it a crime punishable by up to 10 years of imprisonment, and a $250,000 fine or both to obstruct a criminal investigation. It is a crime punishable by up to ten years of imprisonment, and a $250,000 fine or both to tamper with a witness, victim or informant; to retaliate or attempt to retaliate against a witness, victim or informant; or to intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If after release, you knowingly fail to appear as required by the conditions of release, or to surrender for the service of sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more, you shall be fined not more than $250,000 or imprisoned for not more than 10 years, or both;

(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years, you shall be fined not more than $250,000 or imprisoned for not more than five years, or both;

(3) any other felony, you shall be fined not more than $250,000 or imprisoned not more than two years, or both;

(4) a misdemeanor, you shall be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender shall be in addition to the sentence for any other offense. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

## Acknowledgement of Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions set forth above.

_____
Signature of Defendant

_____
Address

_____
City and State                                   Telephone

## Directions to United States Marshal

( ✓ )  The defendant is ORDERED released after processing.

(   )  The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judicial officer that the defendant has posted bond and/or complied with all other conditions for release. The defendant shall be produced before the appropriate judicial officer at the time and place specified, if still in custody.

Date: 12/13/06

_____
Signature of Judicial Officer

Lawrence J. O'Neill
Name and Title of Judicial Officer

US Magistrate Judge