ROGER K. LITMAN, 57634
Attorney at Law
2300 Tulare Street, Suite 230
Fresno, California 93721
Telephone: (559) 237-6000

Attorney for Defendant, IGNACIO MEDEROS

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 06-0403 AWI |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER** |
| INGACIO MEDEROS, | |
| Defendant. | |

The parties hereto, by and through their respective attorneys, stipulate and agree that the property bond which is currently scheduled to be submitted to the court by January 3, 2007, be submitted by January 11, 2007 to allow sufficient time for the completion of the appraisal and necessary paperwork.


DATED:  January 5, 2007          /s/ Sherrill A. Carvalho
                                 SHERRILL A. CARVALHO
                                 Assistant United States Attorney
                                 **This was agreed to by Ms. Carvalho**
                                 **via telephone on January 4, 2007**


DATED:  January 5, 2007          /s/ Roger K. Litman
                                 ROGER K. LITMAN
                                 Attorney for Defendant
                                 IGNACIO MEDEROS


IT IS SO ORDERED.

**Dated:   January 8, 2007**          /s/ Lawrence J. O'Neill
b9ed48                                 UNITED STATES MAGISTRATE JUDGE

1