ROGER K. LITMAN, 57634
Attorney at Law
2300 Tulare Street, Suite 230
Fresno, California 93721
Telephone: (559) 237-6000

Attorney for Defendant, IGNACIO MEDEROS

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 06-0403 AWI |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER** |
| INGACIO MEDEROS, | |
| Defendant. | |

The parties hereto, by and through their respective attorneys, stipulate and agree that the sentencing scheduled for January 22, 2007, be continued until January 29, 2007 at 9:00 a.m. in the above-entitled court.

The continuance is necessitated to afford defense counsel an opportunity to review discovery in this matter.

DATED: January 18, 2007   /s/ Sherrill A. Carvalho
SHERRILL A. CARVALHO
Assistant United States Attorney
**This was agreed to by Ms. Carvalho via telephone on January 18, 2007**

1

| | |
|---|---|
| DATED: January 18, 2007 | /s/ Roger K. Litman<br>ROGER K. LITMAN<br>Attorney for Defendant<br>IGNACIO MEDEROS |

**ORDER**

IT IS SO ORDERED.

**Dated:   January 19, 2007**                         /s/ **Anthony W. Ishii**
0m8i78                                                           UNITED STATES DISTRICT JUDGE