ROGER K. LITMAN, 57634
Attorney at Law
2300 Tulare Street, Suite 230
Fresno, California 93721
Telephone: (559) 237-6000

Attorney for Defendant, IGNACIO MEDEROS

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,    )    CASE NO. 06-0403 AWI
                             )
      Plaintiff,             )
                             )    **STIPULATION AND ORDER**
v.                           )
                             )
INGACIO MEDEROS,             )
                             )
      Defendant.             )
_____)

        The parties hereto, by and through their respective attorneys, stipulate and

agree that the sentencing scheduled for March 19, 2007, be continued until April

16, 2007 at 9:00 a.m. in the above-entitled court.

        The continuance is necessitated to afford defense counsel an opportunity to

review discovery in this matter.

DATED:  March 13, 2007          /s/ Sherrill A. Carvalho_____
                                SHERRILL A. CARVALHO
                                Assistant United States Attorney
                                **This was agreed to by Ms. Carvalho
                                via telephone on March 12, 2007**

DATED:  March 13, 2007          /s/ Roger K. Litman_____
                                ROGER K. LITMAN
                                Attorney for Defendant
                                IGNACIO MEDEROS

//

1

1                                    ORDER

2    IT IS SO ORDERED.

3    **Dated:      March 13, 2007**                    _____**/s/ Anthony W. Ishii**_____
     0m8i78                                        UNITED STATES DISTRICT JUDGE

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                       2