McGREGOR W. SCOTT
United States Attorney
SHERRILL A. CARVALHO
Assistant U.S. Attorney
Suite 4401, Federal Courthouse
2500 Tulare Street
Fresno, CA   93721
Telephone: (559) 497-4000

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Cr. F. 06-0403 AWI |
| ) | |
| Plaintiff, ) | ORDER REGARDING PARTIES' |
| ) | STIPULATION AND REQUEST |
| ) | FOR CONTINUANCE OF MOTIONS |
| v. ) | HEARING |
| ) | |
| IGNACIO MEDEROS, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

    On April 24, 2007, the parties lodged a stipulation to continue the motions hearing currently scheduled for May 21, 2007 at 9:00 a.m. to June 4, 2007, at 9:00 a.m.  Upon due consideration of the written stipulation of the parties and the record herein, the Court issues the following order:

    The parties' stipulation and request to continue the motions hearing until June 4, 2007 at 9:00 a.m. is granted.  Further, the delay resulting from the continuance shall be excluded in the interests of justice herein to allow reasonable time for effective defense preparation, plea negotiations, and the filing

1  of motions, pursuant to 18 U.S.C. §§3161(h)(1)(F), 3161(h)(8)(A)
2  and 3161(h)(8)((B)(iv).
3  IT IS SO ORDERED.
4  **Dated:   April 25, 2007**              **/s/ Anthony W. Ishii**
                                            UNITED STATES DISTRICT JUDGE