1  ROGER K. LITMAN, 57634
   Attorney at Law
2  2300 Tulare Street, Suite 230
   Fresno, California 93721
3  Telephone: (559) 237-6000

4  Attorney for Defendant, IGNACIO MEDEROS

5                      IN THE UNITED STATES DISTRICT COURT FOR THE

6                            EASTERN DISTRICT OF CALIFORNIA

7

8
   UNITED STATES OF AMERICA,          )    CASE NO. 06-0403 AWI
9                                      )
           Plaintiff,                  )
10                                     )    **STIPULATION AND ORDER**
   v.                                  )
11                                     )
   INGACIO MEDEROS,                    )
12                                     )
           Defendant.                  )
13  _____)

14        The parties hereto, by and through their respective attorneys, stipulate and

15  agree that the status conference scheduled for June 4, 2007, be continued until

16  June 18, 2007 at 9:00 a.m. in the above-entitled court.

17        The continuance is needed to allow the parties to complete negotiations.

18  The requested time should be sufficient to allow the parties to finalize a plea

19  agreement before the date of June 18, 2007.

20        The parties also agree that any delay resulting from this continuance shall

21  be excluded in the interest of justice pursuant to 18 U.S.C. §§3161(h)(1)(F),

22  3161(h)(8)(A) and 3161(h)(8)(B)(I).

23

24
   DATED: May 31, 2007          /s/ Sherrill A. Carvalho_____
25                              SHERRILL A. CARVALHO
                                Assistant United States Attorney
26                              **This was agreed to by Ms. Carvalho
                                via telephone on May 31, 2007**

27  **/ / /**

28  **/ / /**

                                        1

1  DATED:  May 31, 2007          /s/ Roger K. Litman
                                 ROGER K. LITMAN
2                                Attorney for Defendant
                                 IGNACIO MEDEROS
3

4

5                                     ORDER

6
    IT IS SO ORDERED.
7
    **Dated:      June 1, 2007**              **/s/ Anthony W. Ishii**
8                                    UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28