ROGER K. LITMAN, 57634
Attorney at Law
2300 Tulare Street, Suite 230
Fresno, California 93721
Telephone: (559) 237-6000

Attorney for Defendant, IGNACIO MEDEROS

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 06-0403 AWI |
|---|---|
| Plaintiff, | |
| v. | **APPLICATION FOR ORDER EXONERATING BOND AND FOR RECONVEYANCE OF REAL PROPERTY AND ORDER THEREON** |
| IGNACIO MEDEROS, | |
| Defendant. | |

Defendant IGNACIO MEDEROS, by and through his counsel of record, ROGER K. LITMAN, hereby moves this court for an order exonerating the property bond posted to secure Mr. Mederos' release from custody and for reconveyance of real property in the above-captioned case.

The magistrate court ordered Mr. Mederos released from custody under conditions of Pretrial Services supervision on a $52,000.00 property bond. Real property owned by Ignacio Mederos and Maria Mederos was to be posted as collateral for the property bond. On January 10, 2007, a certified copy of the deed of trust (Fresno County document # 2007-0005026), and promissory note in the amount of $52,000.00 were received by the court.

On September 10, 2007, Mr. Mederos was sentenced to a total term of 78 months and remanded into the custody of the U.S. Marshal's Service.

Since Mr. Mederos has been sentenced and the Judgment against Mr. Mederos in this action filed on September 14, 2007, he requests that the court exonerate the bond previously set by the magistrate court and reconvey title to

the real property securing said bond.

DATED: September 14, 2007

Respectfully submitted,

/s/ Roger K. Litman
ROGER K. LITMAN
Attorney for Defendant
IGNACIO MEDEROS

## ORDER

IT IS HEREBY ORDERED that the bond in the above-captioned case be exonerated and title to the real property securing said bond be reconveyed to Ignacio Mederos and Maria Mederos.

IT IS SO ORDERED.

**Dated:   September 18, 2007**               /s/ Anthony W. Ishii
                                               UNITED STATES DISTRICT JUDGE